IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HAROLD L. PLESS, SR.,              )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )      1:11CV963
                                   )
RODDY ROSEMAN,                     )
                                   )
        Defendant.                 )

**ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter comes before the Court on Plaintiff's Motion to Amend and Supplement Complaint (Docket Entry 5), Motion for Relief from Stay (Docket Entry 6), and Motion to Dismissed [sic] (Docket Entry 7). Given the procedural posture of this case, Plaintiff may dismiss this action without prejudice without a court order. See Fed. R. Civ. P. 41(a)(1).

**IT IS THEREFORE RECOMMENDED** that Plaintiff's Motion to Dismissed [sic] (Docket Entry 7) be granted and that this action be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Amend and Supplement Complaint (Docket Entry 5) and Motion for Relief from Stay are **DENIED AS MOOT**.

This the 19th day of April, 2012.

                                    /s/ L. Patrick Auld
                                 **L. Patrick Auld**
                         **United States Magistrate Judge**