IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HAROLD L. PLESS, SR., )
 )
 Plaintiff, )
 )
v. ) 1:11CV963
 )
RODDY ROSEMAN, )
 )
 Defendant. )

O-R-D-E-R

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on April 19, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismissed [sic] (Doc. 7) is **GRANTED** and that this action is dismissed without prejudice. The Motion to Amend (Doc. 5) and the Motion for Relief from Stay (Doc. 6) are **DENIED** as moot. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE